Bonfield v. McGreavy.

---

## MICHAEL W. BONFIELD
### v.
## W. J. McGREAVY.

PRACTICE—DISMISSAL OF APPEAL—FAILURE TO FILE TRANSCRIPT.— This case is reversed on the authority of Schmidt v. Skelly [*ante*, 564], where it is held that the circuit court has no jurisdiction to dismiss an appeal from a justice unless a transcript is filed ten days before the term; nor can it obtain such jurisdiction by entering an order on appellant to file such transcript within a time limited, and upon a failure to comply with the order, dismiss the appeal.

ERROR to the Circuit Court of Cook county; the Hon. JOHN G. ROGERS, Judge, presiding.   Opinion filed April 10, 1882.

This suit was commenced by W. J. McGreavy, against Michael W. Bonfield, before a justice of the peace of Cook county, where judgment was rendered July 9, 1880, in favor of the plaintiff, for $49.50 and costs.   On the 21st day of July,

1880, the defendant took an appeal to the Circuit Court of Cook county, by filing his appeal bond with the clerk of that court, and on the 10th day of September following, the plaintiff entered his appearance in said cause in the circuit court. No transcript from the justice of the peace was filed; and on the 27th day of May, 1881, the court, on its own motion, ordered that the defendant be ruled to file a transcript within ten days, and on the 8th day of June following, no transcript having been filed, the appeal was dismissed for non-compliance with the rule, at the defendant's cost, with an order for a *procedendo* to the justice of the peace, and a judgment was also rendered against the defendant for damages for delay in the sum of four dollars. The defendant thereupon brings the record to this court by writ of error, and assigns for error the orders of the court below, dismissing the appeal, awarding a *procedendo*, and rendering judgment against the defendant for damages.

BAILEY, J. The facts in this record bring the case precisely within the rule laid down in Schmidt v. Skelly, decided at the present term [*ante*, 564], and upon the authority of that case, and of the cases there cited, the judgment will be reversed and the cause remanded.

Judgment reversed.